UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Number P-86-CR-013(3) |
| | ) | |
| MICHAEL GENE LUDWIG | ) | |

## MOTION FOR DISMISSAL OF INDICTMENT

Pursuant to Federal Rule of Criminal Procedure 48(a) and with leave of the court, the United States Attorney moves to dismiss the Indictment pending against the above named Defendant without prejudice. The Defendant's whereabouts are unknown and there has not been nor is there any forthcoming information which would lead to this Defendant's arrest either in the near or distant future.

The United States also requests that any warrants for arrest in the instant matter be rescinded and a copy of such order be provided the U.S. Marshal's Service in order to withdraw such warrants.

ROBERT PITMAN
United States Attorney

/S/

JAMES J. MILLER, JR.
Assistant United States Attorney

## Certificate of Service

I hereby certify that on the 11th day of June, 2013, a true and correct copy of the foregoing motion was electronically filed with the Clerk of Court using the CM/ECF System which will transmit notification of such filing to the following CM/ECF participant:

TBD

_____/S/_____
James J. Miller, Jr.