UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

FILED
JUN 14 2013
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Number P-86-CR-013(3) |
| ) | |
| MICHAEL GENE LUDWIG ) | |

### ORDER OF DISMISSAL

Pursuant to Federal Rule for Criminal Procedure 48(a), the Court grants leave for the filing of the dismissal of Indictment pending against the above named Defendant by the United States Attorney and the reasons set forth requesting that the dismissal be without prejudice; to wit: The Defendant's whereabouts are unknown and there has not been nor is there any forthcoming information which would lead to this Defendant's arrest either in the near or distant future.

It is therefore ORDERED that the Indictment against the above named Defendant is DISMISSED WITHOUT PREJUDICE.

It is further ORDERED that any warrant for arrest in this instant matter regarding this Defendant be rescinded.

It is also further ORDERED that a copy of this ORDER be provided the U.S. Marshal's Service in order to effectuate the withdrawal of any warrants for arrest in this instant matter pertaining to this named Defendant.

SIGNED this 13 day of June 2013.

ROBERT A. JUNELL
UNITED STATES DISTRICT JUDGE